**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE: MICHEAL & WYNELL GREEN                    CASE NO: 05-12824

DEBTOR(S)                                        CHAPTER 13 CASE

**MOTION BY TRUSTEE TO DEPOSIT**
**FUNDS INTO THE TREASURY**

　　　　NOW COMES Annette C. Crawford, trustee herein, who respectfully moves this Honorable Court for an order permitting her to deposit into the Treasury of the United States, pursuant to 28 U.S.C. 2041, the sum of $3.31 representing surplus funds belonging to the above mentioned debtor. The Trustee attempted to send the funds to the debtor; however, the check was not negotiated within 90 days.

Dated: October 16, 2009

　　　　　　　　　　　　　　　　　　　　　　　s/Annette C. Crawford
　　　　　　　　　　　　　　　　　　　　　　　Annette C. Crawford
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Standing Trustee
　　　　　　　　　　　　　　　　　　　　　　　8778 Goodwood Blvd.
　　　　　　　　　　　　　　　　　　　　　　　Baton Rouge, LA 70806
　　　　　　　　　　　　　　　　　　　　　　　(225) 928-2531